ALLEN DONAHOE v. STATE.

No. A-2163.

Appeal from County Court, Murray County;

Harry W. Fielding, Judge.

Allen Donahoe, convicted of a violation of the prohibitory law, appeals. Affirmed.

C. B. Emanuel, and W. N. Lewis, for plaintiff in error.

Chas. West, Atty. Gen., and S. I. McElhoes, Asst. Atty. Gen., for the State.

PER CURIAM. This appeal is from a judgment of conviction in the county court of Murray county, for the offense of having possession of intoxicating liquor with intent to sell the same, wherein plaintiff in error was on the 12th day of November, 1913, sentenced in accordance with the verdict to be confined in the county jail for thirty days and to pay a fine of one hundred dollars and costs.

There was evidence tending to show possession and unlawful intent.

After a careful examination of the various questions raised, we are satisfied, under well settled rules, sustained and upheld by the decisions of this court, no error prejudicial to the substantial rights of the plaintiff in error was committed on the trial, nor have we any reason to doubt that the verdict was reached otherwise than upon a fair and full consideration of the evidence by the jury.

The judgment of conviction is, therefore, affirmed.

---

TOM PORTER v. STATE.

No. A-2170.

Appeal from County. Court, Lincoln County;

H. M. Jarrett, Judge.

Tom Porter was convicted of violating the prohibitory law, and appeals. Affirmed.

Emery A. Foster, for plaintiff in error.

Streeter S. Speakman, Co. Atty., for the State.

PER CURIAM. The plaintiff in error, Tom Porter, was convicted at the October, 1913, term of the county court of Lincoln county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of seventy-five dollars and imprisonment in the county jail for a period of thirty days.

The proof in the record conclusively establishes the guilt of the accused. There are no errors of law which are sufficient, in view of the facts disclosed, to warrant a reversal.

The judgment of the trial court is, therefore, affirmed.